# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 4:09–bk–09850–EWH

DANIEL A AMEZCUA
1544 N SCHULTZ PL
CASA GRANDE, AZ 85222
**SSAN:** xxx–xx–1997
**EIN:**

Chapter: 13

MARICELA D AMEZCUA
1544 N SCHULTZ PL
CASA GRANDE, AZ 85222
**SSAN:** xxx–xx–2963
**EIN:**

Debtor(s)

## NOTICE OF HEARING ON MOTION

NOTICE IS HEREBY GIVEN that:

A hearing in the above–entitled cause will be held at the U.S. Bankruptcy Court, James A. Walsh Courthouse, 38 S. Scott Avenue, Courtroom 446, Tucson, AZ before the Honorable Eileen W. Hollowell on 10/15/09 at 10:00 AM to consider and act upon the following motion or application:

HEARING ON ACCURACY OF EXHIBITS REGARDING MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 1544 NORTH SCHULTZ PLAC, CASA GRANDE, AZ 85222 FILED BY MARK BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF C/O MARK S. BOSCO WELLS FARGO BANK, N.A.

Any further pleadings must be in writing, filed with the Clerk of the Bankruptcy Court at least one week prior to the hearing.

**Date: September 24, 2009**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue
Tucson, AZ 85701–1704
Telephone number: (520) 202–7500
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**Brian D. Karth**