# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | DANIEL A & MARICELA D AMEZCUA |
| **Case Number:** | 4:09-BK-09850-EWH  **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 15, 2009 10:00 AM   COURTROOM 446 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | TERESA MATTINGLY |
| **Reporter / ECR:** | EUNICE STROUD |

## *Matter:*

HEARING ON ACCURACY OF EXHIBITS REGARDING MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 1544 NORTH SCHULTZ PLAC, CASA GRANDE, AZ 85222 FILED BY MARK BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF C/O MARK S. BOSCO WELLS FARGO BANK, N.A

**R / M #:**   33 / 0

## *Appearances:*

KEVIN NELSON, ATTORNEY FOR WELLS FARGO, Appearing by telephone

## *Proceedings:*

Court notes an addendum has been filed to correct the original attached note that had nothing to do with the deed of trust.

Mr. Nelson responds that it was an oversight by his office.

COURT:  COUNSEL CAN REDO THE MOTION AT NO EXPENSE TO THE DEBTORS.  IF NO RESPONSE IS FILED, AN ORDER CAN BE ENTERED LIFTING THE STAY.